IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Criminal No. 91-00064-CB |
| | * |
| NICHOLAS DRAKE and | * |
| ALBERT SMITH | * |

## MOTION TO DISMISS INDICTMENT AND RETURN WARRANT

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and moves the Court to dismiss the indictment against the above-named defendants and as grounds therefor says the following:

The investigative agency has been unable to locate the defendants, and arrest and prosecution appears unlikely due to the passage of time. The defendants have not been arrested on the instant charges, and the arrest warrants remain unserved.

WHEREFORE, the United States moves the Court to enter an order of dismissal without prejudice in the abovecaptioned case, and providing that the arrest warrants be returned unexecuted.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY

By: *s/Gloria A. Bedwell*
Gloria A. Bedwell (BEDW1000)
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251)441-5845
(251)441-5131 (fax)
gloria.bedwell@usdoj.gov