# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) CRIMINAL NO. |
| NICHOLAS DRAKE and ALBERT SMITH, | ) 91-00064-CB |
| Defendants. | ) |

## ORDER OF DISMISSAL

The Court, having considered the motion of the United States to dismiss the charges in the instant case against the above-named defendants in the instant case, and being of the opinion that the same is well-taken and due to be granted,

It is **ORDERED** that the indictment against Nicholas Drake and Albert Smith in the instant case hereby is **DISMISSED WITHOUT PREJUDICE.**

The United States Marshal is **ORDERED** to return the outstanding warrants for arrest unexecuted.

**DONE** and **ORDERED** this the 19th day of February, 2013.

                                              **s/***Charles R. Butler, Jr.*
                                              **Senior United States District Judge**